# CRIMINAL MINUTES

DATE: September 4, 2013     JUDGE: Peter J. Messitte

TIME: 11:30-1:05     REPORTER/FTR/CTRM: Marshall (4C)

AUSA: Adam Ake     CRD: Ella S. Peterson

AGENT:     INTERPRETER:

DFT'S ATY: Steven Levin

UNITED STATES OF AMERICA v. KIRK YAMATANI

☒ Released on Conditions/PR     ☐ Detained/Remanded to USMS

DFDT'S AGE:     YEAR OF BIRTH:

CRIMINAL NO.: PJM-13-0328     NO. OF COUNTS: 1

- ☐ Initial Appearance
- ☐ Arraignment
- ☐ Rearraignment
- ☐ Sentencing
- ☐ Sentencing Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☐ Detention Hearing
- ☒ Appeal of Magistrate Judge's Decision

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Motions Hearing
- ☐ Pretrial Conference
- ☐ WAIVER
- ☐ Other
- ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)

Defendant arraigned/rearraigned and plead Guilty as to Count(s)

NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.

Sentencing Date:

REMARKS: (--) Hearing held on Appeal from Decision of Magistrate Judge Day before Judge Peter J. Messitte. (Reporter: Marshall 4C)
(--) Argument of counsel. (--) Oral order (Messitte, J.) "denying" Motion to Dismiss Appeal by Kirk Yamatani. (Paper #5) (--) Hearing not concluded to continue on September 13, 2013 @9:30 a.m.

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

- ☐ Defendant advised of Right of Appeal.
- ☐ Imposition of Sentence Suspended pending PSI.
- ☐ ____ Days for Motions. Motion to be filed by
- ☐ Trial-Bench/Jury ____ day(s). Trial week of

☐ Pretrial Officer     ☒ Probation Officer Turner & Brewster/Blanche

☒   Minute entries docketed.

# CRIMINAL MINUTES – Page 2

CASE NO.:  PJM-13-0328

| Government Witness(es) | Defendant(s) Witness(es) |
|---|---|
| 1) | 1) |
| 2) | 2) |
| 3) | 3) |
| 4) | 4) |
| 5) | 5) |
| 6) | 6) |
| 7) | 7) |