IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

    Appellee   *

    v.   *   Criminal No: 13-328-PJM

KIRK YAMATANI   *

    Appellant   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## APPELLANT KIRK YAMATANI'S MOTION TO VACATE PLEA

COMES NOW, Kirk Yamatani, by and through undersigned counsel, and based on the arguments made in open court on September 4, 2013, regarding the Rule 11 plea colloquy in this matter, Mr. Yamatani respectfully requests that this Honorable Court vacate his plea of April 30, 2013.

Respectfully submitted,

_____/s/_____
Steven H. Levin
250 W. Pratt Street, Suite 1300
Baltimore MD 21201
410.685.4444

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion to Vacate Plea has been served electronically on this 11th day of September 2013, on the following:

      Adam Kenneth Ake
      Office of the United States Attorney
      6500 Cherrywood Ln Ste 400
      Greenbelt, MD 20770
      301-344-4433
      Fax: 13013444516
      Email: adam.ake@usdoj.gov


      _____/s/_____

      Steven H. Levin