IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-328-PJM |
| KIRK YAMATANI | * | |
| Appellant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

This matter comes to the Court on Defendant's Motion to Vacate Plea. The Court having heard the arguments, it is hereby

ORDERED that Defendant's Motion is GRANTED.

Entered this _____ day of _____, 2013.

_____
Judge Peter J. Messitte