IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Appellee | * | |
| v. | * | Criminal No: 13-328-PJM |
| KIRK YAMATANI | * | |
| Appellant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### APPELLANT KIRK YAMATANI'S CONSENT MOTION TO RESTORE PRE-SENTENCING RELEASE CONDITIONS

COMES NOW, Kirk Yamatani, by and through undersigned counsel, and based on Appellant's Motion to Vacate Plea filed on today's date, respectfully requests that this Honorable Court return Mr. Yamatani to the pre-trial release conditions to which he was subject prior to sentencing (personal recognizance).  The United States has notified counsel that it consents to the relief requested in this Motion.

Respectfully submitted,

_____/s/_____
Steven H. Levin
Levin & Curlett LLC
250 W. Pratt Street Suite 1300
Baltimore MD 21201
410.685.4444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Restore Pre-Sentencing Release Conditions has been served electronically on this 11th day of September 2013, on the following:

        Adam Kenneth Ake
        Office of the United States Attorney
        6500 Cherrywood Ln Ste 400
        Greenbelt, MD 20770
        301-344-4433
        Fax: 13013444516
        Email: adam.ake@usdoj.gov


        _____/s/_____

        Steven H. Levin