IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO.   PJM-13-0328 |
| | * |
| **KIRK YAMATANI,** | * |
| | * |
| **Defendant** | * |

\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION FOR SCHEDULING AND SPEEDY TRIAL TOLLING

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Adam K. Ake, Assistant United States Attorney for said District, and with concurrence of counsel for the defendant, Steven H. Levin, respectfully requests that the Court set trial in this matter to begin on March 25, 2014.   The parties agree that this delay is in the interests of justice and ask the Court to make such a finding to toll otherwise applicable Speedy Trial deadlines for the period between now and the date of trial.   As an alternative ground, the parties also concur that the 70-day period referenced in 18 U.S.C. § 3161 has not yet begun because the defendant has not entered a plea of not guilty.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:   \_\_/s/_____
        Adam K. Ake
        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of October, 2013, a copy of the foregoing Consent Motion for Scheduling and Speedy Trial Tolling was served via electronic case filing upon the following:

Steven H. Levin
Levin & Curlett LLC
250 W. Pratt Street
Suite 1300
Baltimore, Maryland 21201                                  __/s/_____
                                                                                  Adam K. Ake
                                                                                  Assistant United States Attorney