
AKA: USAO 2013R00241


FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 MAY 12 P 3:07
CLERK'S OFFICE
AT GREENBELT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM 13-0328 |
| | * | |
| KIRK YAMATANI, | * | (Submission of False Official Writing, 18 |
| | * | U.S.C. § 1018) |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## SUPERSEDING INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about February 25, 2011, in the District of Maryland and elsewhere, the defendant,

**KIRK YAMATANI,**

an officer of the United States, made and delivered as true a writing containing a statement he knew to be false, that is, a Time and Attendance certification made and presented to the Department of Commerce's National Institute of Standards and Technology which falsely claimed hours worked during the period February 22 to 25, 2011.

18 U.S.C. § 1018

Rod J. Rosenstein /AWA
United States Attorney

Dated: May 9, 2014