# CRIMINAL MINUTES

DATE: May 13, 2014     JUDGE: Peter J. Messitte

TIME: 12:25-1:00     REPORTER/FTR/CTRM: Marshall (2B)

AUSA: Adam Ake     CRD: Ella S. Peterson

AGENT: Mona Haar (OIG)     INTERPRETER:

DFT'S ATY: Steven Levin

UNITED STATES OF AMERICA v. KIRK TAMATANI

☒ Released on Conditions/PR     ☐ Detained/Remanded to USMS

DFDT'S AGE: 39     YEAR OF BIRTH:

CRIMINAL NO.: PJM-13-0328     NO. OF COUNTS: 1

- ☐ Initial Appearance
- ☒ Arraignment
- ☐ Rearraignment
- ☐ Sentencing
- ☐ Sentencing Hearing
- ☐ Violation of Probation
- ☐ Violation of Supervised Release
- ☐ Detention Hearing
- ☐ Appeal of Magistrate Judge's Decision

- ☐ Indictment
- ☐ Superseding Indictment
- ☒ **Information**
- ☐ Superseding Information
- ☐ Motions Hearing
- ☐ Pretrial Conference
- ☐ WAIVER
- ☐ Other
- ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)

Defendant arraigned and plead Guilty as to Count(s)    1 of the Criminal Information

NOT GUILTY as to Count(s)    ----    which was accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.

Sentencing Date: 6/30/14 @10:00 am

REMARKS: **Defendant advised of rights given up by pleading guilty.**

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

- ☐ Defendant advised of Right of Appeal.
- ☒ Imposition of Sentence Suspended pending PSI.
- ☐ _____ Days for Motions. Motion to be filed by
- ☐ Trial-Bench/Jury _____ day(s). Trial week of
- ☐ Pretrial Officer _____     ☒ Probation Officer   Mebane Turner (not present)
- ☒ Minute entries docketed.