```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                        SOUTHERN DIVISION


 3
     UNITED STATES OF AMERICA  :  Criminal Action No.
 4        v.

 5   RACHEL ONDRIK,            :   PJM 13-328

 6            Defendant.
     _____/
 7   UNITED STATES OF AMERICA, :
          v.
 8                            :   PJM 13-327
     KIRK YAMATANI,
 9                            :   Greenbelt, Maryland
              Defendant.          June 30, 2014
10   _____/   10:05 A.M.


11
                  TRANSCRIPT OF SENTENCING PROCEEDINGS
12             BEFORE THE HONORABLE PETER J. MESSITTE
                    UNITED STATES DISTRICT JUDGE
13
     APPEARANCES:
14   FOR THE GOVERNMENT:   ADAM KENNETH AKE, Esquire
                           Office of the United States Attorney
15                         6500 Cherrywood Lane, Suite 400
                           Greenbelt, Maryland  20770
16                         301-344-4433

17   FOR THE DEFENDANT     ANDREW C. WHITE, Esquire
     RACHEL ONDRIK:        Silverman Thompson Slutkin and White LLC
18                         201 N Charles Street, Suite 2600
                           Baltimore, MD 21201
19                         410-385-2225

20   FOR THE DEFENDANT     STEVEN HALE LEVIN, Esquire
     KIRK YAMATANI:        Levin and Curlett LLC
21                         201 N. Charles Street, Suite 2000
                           Baltimore, Maryland  21201
22                         410-685-4444


23


24   OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229
            COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES
25
```

```
 1                    P–R–O–C–E–E–D–I–N–G–S

 2           THE DEPUTY CLERK:  The matters now pending before this

 3    Court are Criminal Action Numbers PJM 13-0327, the United States

 4    of America versus Rachel Ondrik; and PJM 13-0238, United States

 5    of America versus Kirk Yamatani.  The matter is now before this

 6    Court for sentencing.

 7           THE COURT:  All right.  Counsel, identify yourselves

 8    first for the government and then for Ms. Ondrik, and then

 9    Mr. Yamatani.

10           MR. AKE:  Good morning, Your Honor.  Adam Ake for the

11    United States.  I'm joined at counsel table by our

12    Attorney/Investigator, Mona Haar from the Department of Commerce

13    OIG.

14           MR. WHITE:  Good morning, Judge.  Andrew White on

15    behalf of Rachel Ondrik who is standing to my left.

16           MR. LEVIN:  Good morning, Your Honor.  Stephen Levin

17    on behalf of Mr. Yamatani, who is seated to my left.

18           THE COURT:  All right.  Issues with the Presentence

19    Report?

20           MR. AKE:  None, Your Honor.

21           MR. WHITE:  None, Your Honor.

22           MR. LEVIN:  None, Your Honor.

23           THE COURT:  In the Ondrik case, the Court adopts the

24    factual findings and advisory guideline application in the

25    Presentence Report without change.  The total offense level is
```

```
1    eight.  The criminal history category is one.  The custody range
2    is 0-6 months.  The supervised release range and the probation
3    range is not more than five years -- I'm sorry, at least, one
4    year not, more than five years.  The fine range is 1,000 to
5    $10,000.  And the --
6              Is the agreed restitution $9,598.66?
7              MR. AKE:  Yes, Your Honor.
8              MR. WHITE:  Yes, sir, Judge.
9              THE COURT:  Okay.  In the Yamatani case, the Court
10   also adopts the factual findings and advisory guideline
11   application in the Presentence Investigation Report without
12   change.  The total offense level for this is 10.  The criminal
13   history category is one.  The custody range 6-12 months;
14   supervised probation again, also, 1-5 years.
15             We have a fine range of 2,000 to $20,000 and the
16   restitution amount, I think, is higher, $11,150.21, Mr. Levin?
17             MR. LEVIN:  Yes, Your Honor.
18             THE COURT:  All right.  Mr. Ake, I don't know how you
19   want to proceed on this.  Do you want to talk about both
20   defendants at the same time?
21             MR. AKE:  Yes, Your Honor.  The government's
22   recommendation in both cases was the same.  Your Honor, in this
23   case the -- with the minor exception of the, comparing the
24   restitution amount for each defendant, the government is
25   recommending that both defendants be sentenced to time served
```

1    essentially.  Both of the cases were 6 days imprisonment, 80

2    days in home detention.  And then a $20,000 agreed fine.  Both

3    parties are recommending the restitution amount for each

4    respective defendant.

5              THE COURT:  Have the 80 days been served as well or

6    are you trying to count back from the time that they were on

7    pre-release or are you talking about respectively?

8              MR. AKE:  No, Your Honor.  This is already served home

9    detention.  It was served last summer in between the -- they

10   were released from -- I believe they were both in Northern Neck.

11   I believe Northern Neck, and the time that they withdrew their

12   pleas.  So there was an 80 day period that they were on home

13   detention.

14             THE COURT:  What was that, a condition of pre-release

15   or was that part of a sentence?  I'm not --

16             MR. AKE:  No, this was a condition of pre-trial

17   release.  It was certainly a condition of pre-trial release,

18   Your Honor.

19             THE COURT:  Well, you want to give them credit for

20   home detention while on pre-release?

21             MR. AKE:  Essentially, Your Honor.  It would be, not

22   --

23             THE COURT:  That's not time served though?

24             MR. AKE:  Correct.

25             THE COURT:  Wait.  Wait a minute.

```
1              MR. AKE:  Yes, Your Honor.

2              THE COURT:  Home detention on pre-release is not part

3    of a sentence.  It's a condition of pre-release.

4              MR. AKE:  Yes, Your Honor.

5              THE COURT:  So when you say time served, if I give

6    them further home confinement.  They don't get credit for home

7    confinement that they have served?

8              MR. AKE:  Yes, Your Honor.

9              THE COURT:  Now, I understand that there were six days

10   of custody.

11             MR. AKE:  Yes, Your Honor.

12             THE COURT:  All right.  Well, let's be clear about

13   that.

14             MR. AKE:  Okay, Your Honor.

15             THE COURT:  Now, you're not recommending home

16   confinement then?

17             MR. AKE:  No, Your Honor.  No additional confinement,

18   just to be -- I wanted to let the Court know that they had

19   served that period while on pre-trial confinement.

20             THE COURT:  But a lot of defendants do and they don't

21   get credit toward the sentence for a condition of pre-release,

22   so that you're clear about that.

23             MR. AKE:  Yes, Your Honor.

24             THE COURT:  All right.  Go ahead.

25             MR. AKE:  So, Your Honor, the government's under the
```

1   impression and I believe the defendants will confirm that

2   they're in a position to satisfy the financial aspects of any

3   sentence that the Court imposes today.  So as long as that is

4   done, the government does not recommend any additional periods

5   of supervised release, other than the -- I mean, beyond the time

6   served sentence that the government is recommending.

7           THE COURT:  Well, again -- now, wait a minute.  Are

8   you recommending probation or are you recommending a condition

9   with supervised release?

10          MR. AKE:  Your Honor, I'm just recommending that

11  they -- the sentence the Court imposes be the 6 days

12  imprisonment, time served with no additional period of

13  supervised release.

14          THE COURT:  Mr. Mebane, let me just check with you on

15  that now.  The six days that are served, does that then require

16  a sentence that is not probationary?

17          MR. MEBANE:  Well, I mean --

18          THE COURT:  I kind of thought the government was

19  recommending probation or just no supervised release.  If I want

20  to put a condition in here, how would I do it, if I want to add

21  a term of supervision?

22          MR. MEBANE:  It has to be a supervised release,

23  Your Honor.

24          THE COURT:  It has to be a supervised release --

25          MR. MEBANE:  -- if they receive a term of

1    imprisonment.

2         THE COURT:  And it would be time served, according to

3    the government's recommendation.  All right, just so we're

4    clear.

5         MR. AKE:  Yes, Your Honor.  Your Honor, the Court can

6    make up to one year supervised release in this case.

7         THE COURT:  Can or can make more?

8         MR. AKE:  Can only, Your Honor.  This is a -- let's

9    see here, a Class "A" misdemeanor.

10        THE COURT:  Let me ask you, has either defendant made

11   payment toward restitution so far?

12        MR. AKE:  Your Honor, I believe they're prepared in

13   both cases to make the full amount of restitution.

14        THE COURT:  Have they made any payment so far, was my

15   question?

16        MR. AKE:  There was no vehicle where they could do so,

17   Your Honor.  At least, since their appeal and the conviction was

18   vacated or they withdrew their pleas, there would be no way the

19   clerk's office would take the payment.

20        THE COURT:  All right.  Well, let's be clear.  The

21   earlier sentence was vacated.  That Order was entered to that

22   effect.  There was a new plea agreement which the Court

23   accepted, so there should be no mistaking about where we are on

24   this.

25        MR. AKE:  Yes, Your Honor.

```
 1            THE COURT:  All right.  So your recommendation is
 2   summing up, go ahead, again for both.
 3            MR. AKE:  Yes, Your Honor.  So it would be a sentence
 4   of imprisonment with time served, six days; a fine of $20,000
 5   restitution in the respective amount for Mr. Yamatani was
 6   $11,150; in the case of Ms. Ondrik, $9,598.  And the government
 7   is not seeking any additional period of supervised release as
 8   long as they satisfy the financial aspects of the judgment
 9   immediately.
10            THE COURT:  Is the proposition that they would make a
11   single payment as to the fine, an immediate payment as to the
12   fine or a payment over time?  What about the restitution?
13            MR. AKE:  I believe both defendants on a -- I'm just
14   getting nodding heads from the defense attorneys here, but I
15   believe both defendants have moved money around, cashed out
16   retirement savings and put it in checking, so that they're both
17   in a position to write checks today.
18            THE COURT:  That's both amounts, for the fine and the
19   restitution?
20            MR. AKE:  Yes, sir.
21            THE COURT:  All amounts?
22            MR. AKE:  And, Your Honor, just in terms of going
23   through the 3553 factors, I -- the government does fully believe
24   that this is a serious offense and, frankly, we would not have
25   brought it, pursued it as doggedly as we did if we didn't think
```

1    it was a serious offense.

2           But in this case, the need for additional deterrence

3    for these defendants, I believe, is minimal.  I believe that

4    their cases and their a signal value to their cases does support

5    general deterrence, even with the disposition the government

6    recommends.

7           I don't believe that additional jail time is going to

8    be productive for either defendant and I don't believe that that

9    is necessary to satisfy the government's interest in vindicating

10   or, at least, fully addressing the conduct that these defendants

11   exhibited.

12          THE COURT:  Well, Mr. -- one of the concerns in this

13   case -- and I know I accepted the plea, but you talked about

14   this matter about being serious, but you took a plea on just a

15   3-day false statement, whereas, the facts go way beyond that.

16          The facts show multiple dates of false claims over a

17   2-year period.  So when you say the government takes this

18   seriously and pursues it, perhaps, you'd like to say just why

19   that is that you don't take it as serious enough to pursue more

20   than you've pursued in this case.

21          MR. AKE:  Sir, Your Honor, I think the collateral

22   consequence for the defendants in this case, even though it's a

23   misdemeanor conviction, it's -- the government was able to get

24   them to withdraw from government service and remove them,

25   essentially, from any ability to do federal law enforcement.

1    They're not going to be able to obtain law enforcement jobs in

2    the future.  As I said, it's significant in that --

3         THE COURT:  Is that a condition of --

4         MR. AKE:  No.  I think it's just a practical

5    repercussion of --

6         THE COURT:  Well, aren't people who typically are

7    involved in embezzlement like this, don't they usually, don't

8    they lose their job usually?  Was there something unique about

9    this that they would stay on in the face of -- as extensive

10   record as this?  You're arguing that that's somehow unique.

11        MR. AKE:  Well, Your Honor, I can only speak to the

12   facts of this case.

13        THE COURT:  Go ahead.

14        MR. AKE:  Again, I'm sure that the defense counsel

15   will be able to articulate the impact that these convictions

16   have on both of their clients' lives, but from the government's

17   perspective, Your Honor, this is an appropriate resolution of

18   the case in terms of what we've recommended.

19        THE COURT:  Well, are you saying that the Court is

20   unable to consider the fact that there were multiple days over a

21   two-year period when both people, both defendants submitted

22   false claims?

23        MR. AKE:  Your Honor, that is why it was included in

24   the Statement of Facts that they agreed to.  I mean, it's

25   typical that we let them plead to one particular offense and, of

1    course, everything is relevant conduct, Your Honor.

2            THE COURT:  All right.

3            MR. AKE:  But again, overall, Your Honor, it's the

4    government's position that the recommended sentence is

5    sufficient, but not greater than necessary to achieve the ends

6    of sentencing.

7            THE COURT:  All right.

8            Mr. White, you want to start?

9            MR. WHITE:  Thank you, Judge.

10           With respect to your concerns, Your Honor, about the

11   restitution, there wasn't a Restitution Order before to make the

12   payments, but I do want to say --

13           THE COURT:  No, I understand.  That's been clarified.

14           MR. WHITE:  But just, but just because it's a good

15   point for us is that they both offered through counsel

16   previously to have it taken out of the money when they separated

17   and the government declined.  So they could have been --

18   essentially, they wanted to have them done because they pay

19   taxes on it.

20           And so, instead of getting all these paid in full,

21   they were just going to -- counsel, Mr. Ake is correct, this is

22   all because they had cash in their retirement.

23           THE COURT:  All right.

24           MR. WHITE:  You know, did I understand what you were

25   saying in respect to the, you know -- it is a serious offense,

1    but all the days listed here that are in the facts that we

2    agreed to, it's not like it's ever -- a full day or a day.

3    These are hours of days, big amounts and small amounts, but that

4    time, Judge, when both of these agents are getting tremendous

5    accolades, doing their jobs beautifully.

6            And there's one correction I need to make in the

7    Sentencing Memorandum that Mr. Mebane did.  And that is that

8    Ms. Ondrik was not -- she did not get an Agent of the Quarter

9    Award, I said in 2011.  She was nominated by her supervisors for

10   it, but it was my mistake, but she was nominated for Agent of

11   the Quarter in 2011.

12           But both of them -- and we submitted the Performance

13   Reviews and the accolades with the Sentencing Memorandum,

14   including a letter from the Southern District of New York

15   involving a big case talking about how much time they've put in.

16           THE COURT:  I saw that.

17           MR. WHITE:  And those, as we all know from our

18   professions, with both of us being on both sides of the aisle

19   here, those letters don't grow on trees.  And I would

20   respectfully submit to you, Judge, these are -- it's a

21   tremendously -- tremendous honor to have that, but it shows that

22   the fall from grace that both, that both agents have -- or both

23   clients have experienced it.

24           Because you've got two tremendously, talented people.

25   You've got one who is a mom and one is a great dad.  This is the

1    way, sort of, we see it, like, in my world.  And I wish there

2    was a better vehicle for the court system to sit down and say,

3    well, who are you really and take a look at, at beyond -- take a

4    look at their lives.

5            I mean, I tried to do that in the Sentencing

6    Memorandum, to show the Court what they do because they're both

7    tremendously good people.  They're good family members.  They're

8    good members of their family.  They're great neighbors to their

9    friends in the neighborhood, but they're also both tremendously

10   educated people.

11           Ms. Ondrik graduated Phi Beta Kappa from Lehigh and

12   went on to get her Master's at the University of Delaware.  And

13   while there, the school nominated here for the Presidential

14   Management Fellows Program.

15           And just to get the nomination is difficult, but then

16   you have to go through a gigantic rigorous process to get

17   accepted and that's what happened.  And she went in with a

18   Master's Degree, Phi Beta Kappa and went into government

19   service.

20           Despite the hours of these days that total up to a few

21   thousand dollars, they had tremendously great careers, both of

22   them.  They've also raised tremendously wonderful families.

23   They both have two young children who are extremely impacted by

24   this.

25           And Mr. Ake did mention -- and I really commend him

1    for, sort of, getting the bigger picture by mentioning the 80

2    days or so of, I call it, home lockdown.  It went way beyond

3    home confinement.  It didn't have the standard conditions of

4    home confinement where you can get out to go, sort of, get a

5    time out to go see some people.  They had complete lockdown.

6          But it did make an impact tremendously on their

7    families.  Deputy Sheriff Ondrik will testify what it did to

8    their family over last summer.  But there's a punitive aspect to

9    that, Judge, that I respectfully suggest that you should take

10   into account, because both have done six years -- or six days in

11   a difficult situation on lockdown because of their status as

12   agents, along with 80 days, basically, of home, complete home

13   lockdown.

14         Both of them had to raid their retirement accounts.

15   They've lost their -- they've lost tremendously and they've

16   lost --

17         Mr. Yamatani had almost 15 years.  I know that my

18   client, Ms. Ondrik, had another 11 or 12, and that's all lost.

19   So you don't have the financial stability of a pension down the

20   road.  They've had to raid their pensions to make a payment, to

21   pay this, so that's a gigantic loss.

22         Judge, Brian and Rachel Ondrik are two wonderful

23   parents.  They, they're teaching their kids the right way.

24   They're teaching them about volunteering.  As we mentioned in

25   our memorandum, they both volunteer at a, at a rescue horse

1    stable in Maryland.  They both are taught respect for life.

2    They both have respect for others and giving back.  I know this

3    weekend that they -- they've told me earlier today that this

4    weekend they're going to spend -- instead of being out for the

5    holidays, they're going to be building fences, preparing fences

6    out at the stable.

7            So all volunteer work and it's all, it's all because

8    they love helping animals and helping other kids who end up

9    getting -- benefiting from the association with the rescue, with

10   rescue animals.

11           I know that Mr. Yamatani and his wife both, they have

12   two wonderful kids, nine and eight, Judge.  He serves as a

13   backpack buddy, helping out impoverished youth.  They both

14   volunteer time at their church, St. Yves [sic] in Ashburn,

15   Virginia.  And they both help out annually at the Christian

16   Children's Fund where they help to support kids in other

17   countries.

18           So, Judge, you're faced here with two tremendously

19   good citizens who've made some really disastrous and stupid

20   decisions between two and four years ago that resulted in

21   several thousand dollars of loss to the government.

22           I think it was -- I broke it down, but I think that

23   there's a qualitative difference in the loss figures.  Because I

24   think 40 percent of Ms. Ondrik's loss or $3856; and 28 percent

25   of Mr. Yamatani's loss was not due to the false statements,

1    Judge, in the traditional sense, but they were due -- they were

2    barred from federal service back two years ago now, over two

3    years ago.  They were barred from federal service.  They could

4    not go on to -- on to any federal buildings and they were on

5    administrative leave and did not have to do any work, but they

6    went outside the geographic area, which technically, I guess,

7    puts them in a position where they're -- they shouldn't be --

8    they either had to take leave or -- they have to take leave and

9    didn't.

10           So the two loss numbers on the, on the claims, it's

11   about five, 5700 for Ms. Ondrik and it's about 8400 for

12   Mr. Yamatani.  And it's, you know, serious but they're not the

13   biggest numbers in the world, not the biggest numbers that you

14   typically see here in the U.S. District Court.

15           Judge, I respectfully would beg the Court to go along

16   with the reasonable judgment of the United States in this case

17   and the joint recommendation of the parties of time served.  It

18   was six difficult days followed by 80 difficult days, but they

19   did have six days of jail.  And, basically, the difficult

20   lockups in Northern Neck and Howard County as well.

21           But both people, both defendants, Judge, have moved

22   on.  Mr. Yamatani has a job with REICO.  He's doing very well.

23   He was promoted to a manager level.

24           Judge, one thing, paragraph 53 of the PSR for

25   Ms. Ondrik stated that her employer was unaware of this offense.

1  That's the one thing I did want to mention and I did mention

2  that in my submission to the Court.  Her employer is aware.  In

3  fact, he's here in the courtroom.  This is Ed Blansitt, who is

4  the Inspector General for Montgomery County and used to be the

5  Deputy Representative at the Department of Commerce.  He's very

6  well aware.  He's right here in the courtroom, Judge.

7          He actually sought out Ms. Ondrik after this all went

8  down and asked her to help, to join him and help out in his

9  unit.  So, he knows a whole lot about her and knows about the

10  case, and I think it speaks volumes about the type of person

11  that she is that she would be sought out by the current IG of

12  Montgomery County for employment.

13          But both of them have moved on.  Both of them are

14  doing a great job raising their kids.  They've both contributed

15  to the community.  I think the letters for both are substantial

16  and show that they are great members of the community.

17          In that regard, Judge, I believe that the deterrence,

18  specific deterrence is nil.  They're not going to commit any

19  offenses again.  That, I'm sure of.  The general deterrence, as

20  Mr. Ake pointed out, given the circumstances of the case; the

21  doubling of the fine, the loss of employment, the loss of job

22  and pension, that stability, I think, is a tremendous general

23  deterrent to others as well.

24          Judge, for those reasons, I believe that the carefully

25  long-negotiated Plea Agreement with the government is

1    reasonable.  I think it's fair.  I think it satisfies all of the

2    factors under 3553, and I believe that a sentence of six days,

3    time served, plus the appropriate fine of $20,000 for each, plus

4    restitution amounts, which will be paid in full today, is a

5    reasonable sentence in this case.

6               THE COURT:  All right.  Thank you, Mr. White.

7               Mr. Levin.

8               MR. LEVIN:  Thank you, Your Honor.  I believe

9    Mr. White spoke for both of us in his remarks.

10              Judge, I know Mr. Ondrik wanted to say a couple of

11   words to the Court.

12              THE COURT:  No, I understand.  I just wanted to make

13   sure we have articulation by counsel first.

14              You have nothing to add?

15              MR. LEVIN:  No, Your Honor.

16              MR. WHITE:  Judge, can I bring up Mr. Ondrik?

17              THE COURT:  You can do it -- you said that Mr. Ondrik

18   wants to be heard from?

19              MR. WHITE:  Yes, just momentarily.  Just for the

20   record, this is Deputy Sheriff Brian Ondrik of the Arlington

21   County Sheriff's Department.

22              THE COURT:  Bring him up to the podium.

23              State your name if you would and your relation to the

24   defendant.

25              MR. ONDRIK:  My name is Brian Ondrik.  Brian Ondrik,

```
1   Your Honor.

2           THE COURT:  Your relation to Ms. Ondrik?

3           MR. ONDRIK:  She's my wife.

4           THE COURT:  All right.

5           MR. ONDRIK:  The situation has been very stressful on

6   us.  And I support and love my wife through this whole

7   situation, and I will continue to support her through this.  I

8   just want to put this behind us and, you know, work through this

9   so we can just, you know, get our lives back together -- excuse

10  me.

11          And we are a great family.  You know, we do so much

12  together and it's just, the whole situation has been stressful

13  and I just want -- like I said, I support and love her, and I

14  just want to put this behind us.

15          Thank you, Your Honor.

16          THE COURT:  All right.  Thank you, sir.

17          All right.  Anything more for Ms. Ondrik, Mr. White?

18          MR. WHITE:  I'm sorry, Your Honor.

19          THE COURT:  Anything more for Ms. Ondrik?  Do you have

20  other witnesses?

21          MR. WHITE:  No, Judge.

22          THE COURT:  Ms. Ondrik, would you like to say anything

23  to the Court before I impose sentence?

24          MR. WHITE:  Judge, would you like her to stand here or

25  go to the podium, Your Honor?
```

```
 1                THE COURT:  Either way.  If it's easier at the podium,
 2   you can go there.  Just put the microphone so I can hear.  Put
 3   the microphone in front of her.
 4                MR. WHITE:  Judge, this is Rachel Ondrik.
 5                THE COURT:  All right.  Ms. Ondrik, I'll hear from
 6   you.
 7                THE DEFENDANT:  I would like to say, I am sorry.  I am
 8   sorry to the federal government and I'm sorry to my family.  I
 9   have embarrassed them and I've been so lucky to have a husband
10   and an entire family to stand behind me.  And I guarantee I will
11   never be in a courtroom again under these circumstances.  I made
12   very bad decisions and I am sorry.
13                THE COURT:  Mr. Yamatani, you have an opportunity as
14   well to address the Court.
15                THE DEFENDANT:  Thank you, Your Honor.  I too am
16   terribly sorry.  I caused a lot of, caused a lot of pain and
17   suffering to my children, my wife and my family.  I really
18   regret getting in this situation.  I take full accountability
19   and I promise you, I will never, ever again find myself anywhere
20   near this kind of situation.  I am, I am really sorry.
21                Thank you very much.
22                THE COURT:  All right.  Thank you, sir.
23                You do understand that the sentencing guidelines are
24   are, clearly, quite artificial in this case in terms of the
25   disparities between the two defendants.  I think that the idea
```

 1   that they should be sentenced in the same fashion makes good

 2   sense.  And so you have this recommendation in this case -- or

 3   rather, the recommendation in the sense of where the sentencing

 4   guidelines are of, essentially, something like zero to six

 5   months.  Although, as I indicated for Mr. Yamatani, it's more

 6   because of a bump-up in the amount of money that's involved.

 7          So it really, I think, is worth talking about the

 8   statutory factors that the Court takes into account in imposing

 9   a sentence under United States Code 3553.  And the first is the

10   nature and circumstances of the offense.

11          Now, this was an offense where the government was

12   basically defrauded.  That's what this case is about.  And the

13   plea in this case was to one segment of a fraud that went on for

14   two years.  And there were multiple occasions, whether it's part

15   of the day or a full day where claims were made that simply were

16   not justified.  That's the reality of what happened here.

17          So let's not ignore that.  Let's not really think

18   about the fact that simply because the government agreed to a

19   specific prosecution for just a narrow window, if you will, that

20   there wasn't a larger fraud over a longer period of time.  We

21   write history in the courtroom and both defendants need to

22   understand that's where we are.

23          Is this serious?  Is it serious that government

24   officials who are responsible for integrity in the government,

25   including monitoring fraud themselves, commit fraud.  Of course

1   it is.  Fraud against the government, in and of itself, whether

2   they enjoy, whether one enjoys the position of confidence and

3   fiduciary responsibility is serious enough when you are in fact

4   someone who is charged with, as they say, monitoring the hen

5   house.  You can't start abusing the chickens.

6        And that's what gives me a problem with regard to the

7   background of both defendants, who obviously are highly

8   qualified, well regarded by friends and family, good parents

9   involved in many different ways.  I suspect that's what gave

10  Judge Day some real concern in this case too, that this simply

11  was a situation where the defendants were permitted to, in

12  effect, pay back in money what they, what they -- for the

13  offenses that they committed and, basically, walk away from the

14  transaction after that.

15       Now, let's talk about walking away from the

16  transaction after that.  One of the things that, in my view,

17  informs this case is that I think the defendants, perhaps their

18  families are shocked by the fact that they are in the criminal

19  justice system and somehow that they might have to face time in

20  jail or other penalties beyond restitution and fines.

21       But you know, it happens every day.  And counsel knows

22  that very well, that people come before the Court day in and day

23  out who have committed these kinds of crimes and almost

24  automatically, almost invariably where someone abuses their job,

25  they lose their job.  So there's nothing in this case, from my

1    standpoint, that simply says, because you've lost your job,

2    you've suffered enough and I need to make that clear.

3          Now, I'm trying to deal with defendants in this case

4    the way I would deal with other people.  This is not a case that

5    merits eight months in jail.  Let's start with that.  That was

6    way out of proportion, in my view, to what this crime was about.

7          But when we walk through carefully, this case -- let's

8    be clear about how the defendant's actions relate to how other

9    people are treated in the system.  People who commit fraud

10   against their employers, particularly, if it's continuous over a

11   period of time almost invariably lose their job and they suffer

12   in consequence.  And their families suffer in consequence and

13   it's unfortunate, but that's not really a punishment.

14         The fact that cases take time to come to decision

15   means that the agony of waiting for a sentence is longer.  But

16   that in and of itself is not a punishment because that happens

17   all the time.

18         To a certain extent, the defendants were resistant, as

19   I recollect, in owning up to what had happened here.  But in any

20   event, once the system got in play and there was a prosecution,

21   there was the interlude there with the earlier sentence, which

22   the Court had to undue.

23         But in any event, that itself is not the punishment

24   because time passes between the offense and the sentence.  I

25   need to make that clear too, because that happens in every case

1   virtually.  Rarely does a case immediately get sentenced from a

2   plea.  Sometimes it does, but the idea that there's a time delay

3   between the offense and the sentence is not itself a sentence.

4        You've heard my dialogue with the government about

5   home confinement.  Home confinement often is a condition of

6   pre-release before sentence and home confinement is not --

7   there's no automatic entitlement to credit for a sentence

8   because you've served home confinement.

9        Now, Mr. White said that it was more stringent than

10  many home confinements are.  I'm not sure why that would have

11  been, but as a practical situation, if I'm going to treat the

12  defendants like every other defendant and not give them special

13  credit for their backgrounds, home confinement really is not

14  part of the sentence.  So I need to keep that in mind too.

15       I want to treat, first of all, the defendants as much

16  like other defendants as I can, but there is an added aspect of

17  this.  And that has to do with the nature of the, the background

18  of the defendants.

19       Now, the thing that gives me real pause here and I

20  suspect again, as I said, Judge Day was that the defendants in

21  this case were responsible for, basically, ferreting out fraud

22  in government and they committed fraud themselves.  Again, we

23  write history here and let's be very clear about what happened.

24       It's not like you're just somebody in government who

25  defrauded the government, who was a clerk who had access to

1   distributing funds.  You were supposed to be monitoring fraud

2   and you committed it yourself.  And that's the kind of thing

3   where the public has a right to be concerned.  I need to say

4   that as well.

5          I mean, I speak for the community when I speak, when I

6   look at this case.  Now, eight months is, of course, beyond

7   reason, in my view, but let's be very clear about where we are

8   and why there is, it seems to me, some concern about the nature

9   of what the defendants did.  Again, we're talking about a

10   two-year period with multiple occasions, not just two or three

11   days.  So let's be understood.

12          I do need to deter that.  I think the community does,

13   so other people who are similarly placed in government with

14   responsibility as a fiduciary, as you all were, both of you

15   were, that you can't do this.  You can't simply get involved in

16   this and expect by paying a fine and restitution.  And then,

17   incidentally, losing your job as everyone else does and having

18   to do whatever and that's the end of it.

19          Of course, it's not the end of it.  You pay a price

20   for it, having been convicted of this.  So I congratulate you on

21   both of you being able to get a job where people have trust in

22   you now.  That's really the mark, the sad mark here of what

23   happened here because it's never clear entirely, although I

24   don't think it's highly unlikely in this case that they some

25   other time, there'll be some other misstep.

1          I hope not.  I don't think so, but that's always a

2     problem at this stage, you're not young people, at this stage

3     that acted as you did.  So I need to sort these things out.

4          All right.  Folks, here's my sentence in both cases

5     and I don't think it's all onerous, but it does take into

6     account what I think is needed.  I'm going to sentence you both

7     to six days in custody, credit for time served.

8          I'm going to put you on supervised release for a year

9     and this is why.  I'm going to order that each of you perform 60

10    hours of community service, wholly apart from what you're doing

11    now.  That 60 days of extra service, it seems to me, says that

12    you have some obligation to the community to pay back.

13         I'm not going to put you on home confinement.  It's

14    something you can do over weekends.  You can do that within a

15    year.  If you do it sooner, perhaps, we can terminate supervised

16    release sooner, but that's not very onerous.  It's six hours a

17    day, maybe on a Saturday.  It's ten weekends over the year, but

18    I want you to do that.  I want you to be out there and do that.

19    And I want to make this condition, and I want this --

20         Mr. Mebane, I want this also clear.  They are not to

21    do it with a program that they're already involved in.  I want

22    you to select an independent program where there really is a

23    need for someone who is intelligent and dedicated, but you can

24    go about your other business, programs that you're already

25    involved in.  But I'm not going to allow that you take the time

1    that you're ordinarily and familiar with spending on your own

2    and count that towards the 60 days.  That is not, in my view,

3    appropriate under the circumstances.

4           There may be other ways in which probation understands

5    that you can make a significant contribution and that's the way

6    that you will do it.

7           Then I will agree with the fine and restitution

8    components that you are talking about in both cases.  A $20,000

9    fine, restitution in the case of Ms. Ondrik in the amount of

10   $9,998.66.  And in the case of Mr. Yamatani, in the amount of

11   $11,150, both payable immediately as you have worked out, I

12   guess.

13          Is that something you're talking about today or 30

14   days, in a week or what?

15          MR. AKE:  Your Honor, if you want to put a one-week

16   deadline on it, but I think both are prepared to do it today.

17          THE COURT:  All right.  Well, we'll give you a

18   one-week deadline to do that.  There's also a $25 special

19   assessment due and payable at this time.

20          Now, I think there was a, there wasn't a reservation

21   right of appeal, I think, under the circumstances; am I correct

22   with that?

23          MR. WHITE:  I think, yeah, there was.

24          THE COURT:  Had to do with the guideline range.

25          MR. WHITE:  I think there's a fairly substantial

 1    Waiver of Appeal in this case that would apply.

 2              THE COURT:  All right.  With that, is there any other

 3    comments to be made from the government, Mr. Ake?

 4              MR. AKE:  Your Honor, I think to the extent that I

 5    didn't already withdraw it at this point, I would move to

 6    dismiss those -- the original information we filed before

 7    Judge Day.  I'd ask those be dismissed as to both defendants?

 8              THE COURT:  Mr. White, anything further?

 9              MR. WHITE:  Nothing further, Your Honor.

10              MR. LEVIN:  Your Honor, I may have misheard and I

11    apologize, but I thought at one point Your Honor said 160 days?

12              THE COURT:  Sixty hours, not 60 days; 60 hours if I

13    misspoke.

14              Anything else?

15              MR. WHITE:  No, sir.

16              THE COURT:  All right, folks, time to get this behind

17    you.  You've got a lifetime to prove otherwise.  All right, good

18    wishes.

19              We're in recess.  Thank you.

20         (Recess at 10:50 a.m.)

21

22

23

24

25

1          CERTIFICATE OF COURT REPORTER

2     I, Linda C. Marshall, certify that the foregoing is a

3  correct transcript from the record of proceedings in the

4  above-entitled matter.

5

6

7          /s/
           _____
8          Linda C. Marshall, RPR
           Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

$10,000 [1] 3/5
$11,150 [2] 8/6 27/11
$11,150.21 [1] 3/16
$20,000 [5] 3/15 4/2 8/4 18/3 27/8
$25 [1] 27/18
$3856 [1] 15/24
$9,598 [1] 8/6
$9,598.66 [1] 3/6
$9,998.66 [1] 27/10

## /

/s [1] 29/7

## 0

0-6 [1] 3/2
0238 [1] 2/4
0327 [1] 2/3

## 1

1,000 [1] 3/4
1-5 [1] 3/14
10 [1] 3/12
10:05 [1] 1/10
10:50 [1] 28/20
11 [1] 14/18
12 [2] 3/13 14/18
13-0238 [1] 2/4
13-0327 [1] 2/3
13-327 [1] 1/8
13-328 [1] 1/5
15 [1] 14/17
160 [1] 28/11

## 2

2,000 [1] 3/15
2-year [1] 9/17
2000 [1] 1/21
201 [2] 1/19 1/21
2011 [2] 12/9 12/11
2014 [1] 1/9
20770 [1] 1/15
21201 [2] 1/18 1/21
2225 [1] 1/19
2600 [1] 1/18
28 percent [1] 15/24

## 3

3-day [1] 9/15
30 [2] 1/9 27/13
301 [1] 1/24
301-344-4433 [1] 1/16
3229 [1] 1/24
327 [1] 1/8
328 [1] 1/5
344-3229 [1] 1/24
3553 [3] 8/23 18/2 21/9

## 4

40 percent [1] 15/24
400 [1] 1/15
410-385-2225 [1] 1/19
410-685-4444 [1] 1/22
4433 [1] 1/16
4444 [1] 1/22

## 5

53 [1] 16/24
5700 [1] 16/11

## 6

6-12 [1] 3/13
60 [5] 26/9 26/11 27/2 28/12 28/12
6500 [1] 1/15

## 8

80 [1] 4/11
8400 [1] 16/11

## A

a payment [1] 14/20
a.m [2] 1/10 28/20
ability [1] 9/25
able [4] 9/23 10/1 10/15 25/21
about [31]
above [1] 29/4
above-entitled [1] 29/4
abuses [1] 22/24
abusing [1] 22/5
accepted [3] 7/23 9/13 13/17
access [1] 24/25
accolades [2] 12/5 12/13
according [1] 7/2
account [3] 14/10 21/8 26/6
accountability [1] 20/18
accounts [1] 14/14
achieve [1] 11/5
acted [1] 26/3
Action [2] 1/3 2/3
actions [1] 23/8
actually [1] 17/7
ADAM [2] 1/14 2/10
add [2] 6/20 18/14
added [1] 24/16
additional [6] 5/17 6/4 6/12 8/7 9/2 9/7
address [1] 20/14
addressing [1] 9/10
administrative [1] 16/5
adopts [2] 2/23 3/10
advisory [2] 2/24 3/10
after [3] 17/7 22/14 22/16
again [11] 3/14 6/7 8/2 10/14 11/3 17/19 20/11 20/19 24/20 24/22 25/9
against [2] 22/1 23/10
Agent [2] 12/8 12/10
agents [3] 12/4 12/22 14/12
ago [3] 15/20 16/2 16/3
agony [1] 23/15
agree [1] 27/7
agreed [5] 3/6 4/2 10/24 12/2 21/18
agreement [2] 7/22 17/25
ahead [3] 5/24 8/2 10/13
AIDED [1]
aisle [1] 12/18
AKE [5] 1/14 2/10 3/18 11/21 13/25 17/20 28/3
all [37]
allow [1] 26/25
almost [4] 14/17 22/23 22/24 23/11
along [1] 14/12 16/15
already [4] 4/8 26/21 26/24 28/5
also [6] 3/10 3/14 13/9 13/22 26/20 27/18
although [2] 21/5 25/23
always [1] 26/1
am [7] 20/7 20/7 20/12 20/15 20/20 20/20 27/21
AMERICA [4] 1/3 1/7 2/4 2/5
amount [8] 3/16 3/24 4/3 7/13 8/5 21/6 27/9 27/10
amounts [5] 8/18 8/21 12/3 12/3 18/4
and their [1] 9/4
ANDREW [2] 1/17 2/14
animals [2] 15/8 15/10
annually [1] 15/15
another [1] 14/18
any [11] 6/2 6/4 7/14 8/7 9/25 16/4 16/5 17/18 23/19 23/23 28/2
anything [5] 19/17 19/19 19/22 28/8

28/14
anywhere [1] 20/19
apart [1] 28/10
apologize [1] 28/11
appeal [3] 7/17 27/21 28/1
APPEARANCES [1] 1/13
application [2] 2/24 3/11
apply [1] 28/1
appropriate [3] 10/17 18/3 27/3
are [38]
area [1] 16/6
aren't [1] 10/6
arguing [1] 10/10
Arlington [1] 18/20
around [1] 8/15
articulate [1] 10/15
articulation [1] 18/13
artificial [1] 20/24
as [35]
Ashburn [1] 15/14
ask [2] 7/10 28/7
asked [1] 17/8
aspect [2] 14/8 24/16
aspects [2] 6/2 8/8
assessment [1] 27/19
association [1] 15/9
at [23] 2/11 3/3 3/20 7/17 9/10 13/3 13/3 13/4 13/12 14/25 14/25 15/6 15/14 15/15 17/5 20/1 25/6 26/2 26/2 27/19 28/5 28/11 28/20
Attorney [2] 1/14 2/12
Attorney/Investigator [1] 2/12
attorneys [1] 8/14
automatic [1] 24/7
automatically [1] 22/24
Award [1] 12/9
aware [2] 17/2 17/6
away [2] 22/13 22/15

## B

back [6] 4/6 15/2 16/2 19/9 22/12 26/12
back two [1] 16/2
background [2] 22/7 24/17
backgrounds [1] 24/13
backpack [1] 15/13
bad [1] 20/12
Baltimore [2] 1/18 1/21
barred [1] 16/2 16/3
basically [5] 14/12 16/19 21/12 22/13 24/21
be [34]
beautifully [1] 12/5
because [17] 11/14 11/18 11/22 12/24 13/6 14/10 14/11 15/7 15/23 21/6 21/18 23/1 23/16 23/24 23/25 24/8 25/23
been [8] 4/5 11/13 11/17 19/5 19/12 20/9 24/11 25/20
before [8] 1/12 2/2 2/5 11/11 19/23 22/22 24/6 28/6
beg [1] 16/15
behalf [2] 2/15 2/17
behind [4] 19/8 19/14 20/10 28/16
being [4] 9/14 12/18 15/4 25/21
believe [5] 4/10 4/11 6/1 7/12 8/13 8/15 8/23 9/3 9/3 9/7 9/8 17/17 17/24 18/2 18/8
benefiting [1] 15/9
Beta [2] 13/11 13/18
better [1] 13/2
between [5] 4/9 15/20 20/25 23/24 24/3
beyond [6] 6/5 9/15 13/3 14/2 22/20 25/6
big [2] 12/3 12/15
bigger [1] 14/1
biggest [2] 16/13 16/13

## B

**Blansitt [1]**  17/3
**both [52]**
**Brian [4]**  14/22 18/20 18/25 18/25
**bring [2]**  18/16 18/22
**broke [1]**  15/22
**brought [1]**  8/25
**buddy [1]**  15/13
**building [1]**  15/5
**buildings [1]**  16/4
**bump [1]**  21/6
**bump-up [1]**  21/6
**business [1]**  26/24
**but [46]**

## C

**call [1]**  14/2
**can [17]**  7/5 7/7 7/7 7/8 10/11 14/4
 18/16 18/17 19/9 20/2 20/2 24/16 26/14
 26/14 26/15 26/23 27/5
**can't [3]**  22/5 25/15 25/15
**careers [1]**  13/21
**carefully [2]**  17/24 23/7
**case [34]**
**cases [8]**  3/22 4/1 7/13 9/4 9/4 23/14
 26/4 27/8
**cash [1]**  11/22
**cashed [1]**  8/15
**category [2]**  3/1 3/13
**caused [2]**  20/16 20/16
**certain [1]**  23/18
**certainly [1]**  4/17
**CERTIFICATE [1]**  29/1
**certify [1]**  29/2
**change [2]**  2/25 3/12
**charged [1]**  22/4
**Charles [1]**  1/18 1/21
**check [1]**  6/14
**checking [1]**  8/16
**checks [1]**  8/17
**Cherrywood [1]**  1/15
**chickens [1]**  22/5
**children [2]**  13/23 20/17
**Children's [1]**  15/16
**Christian [1]**  15/15
**church [1]**  15/14
**circumstances [5]**  17/20 20/11 21/10
 27/3 27/21
**citizens [1]**  15/19
**claims [4]**  9/16 10/22 16/10 21/15
**clarified [1]**  11/13
**Class [1]**  7/9
**clear [11]**  5/12 5/22 7/4 7/20 23/2 23/8
 23/25 24/23 25/7 25/23 26/20
**clearly [1]**  20/24
**clerk [1]**  24/25
**clerk's [1]**  7/19
**client [1]**  14/18
**clients [1]**  12/23
**clients' [1]**  10/16
**Code [1]**  21/9
**collateral [1]**  9/21
**come [2]**  22/22 23/14
**commend [1]**  13/25
**comments [1]**  28/3
**Commerce [2]**  2/12 17/5
**commit [3]**  17/18 21/25 23/9
**committed [2]**  22/13 22/23 24/22 25/2
**community [6]**  17/15 17/16 25/5 25/12
 26/10 26/12
**comparing [1]**  3/23
**complete [2]**  14/5 14/12
**components [1]**  27/8
**COMPUTER [1]**  1/24

## COMPUTER-AIDED [1]  1/24

**concern [2]**  22/10 25/8
**concerned [1]**  26/23
**concerns [2]**  9/12 11/10
**condition [10]**  4/14 4/16 4/17 5/3 5/21
 6/8 6/20 10/3 24/5 26/19
**conditions [1]**  14/3
**conduct [2]**  9/10 11/1
**confidence [1]**  22/2
**confinement [13]**  5/6 5/7 5/16 5/17 5/19
 14/3 14/4 24/5 24/5 24/6 24/8 24/13
 26/13
**confinements [1]**  24/10
**confirm [1]**  6/1
**congratulate [1]**  25/20
**consequence [3]**  9/22 23/12 23/12
**consider [1]**  10/20
**continue [1]**  19/7
**continuous [1]**  23/10
**contributed [1]**  17/14
**contribution [1]**  27/5
**convicted [1]**  25/20
**conviction [2]**  7/17 9/23
**convictions [1]**  10/15
**correct [4]**  4/24 11/21 27/21 29/3
**correction [1]**  12/6
**could [3]**  7/16 11/17 16/3
**counsel [7]**  2/7 2/11 10/14 11/15 11/21
 18/13 22/21
**count [2]**  4/6 27/2
**countries [1]**  15/17
**County [4]**  16/20 17/4 17/12 18/21
**couple [1]**  18/10
**course [4]**  11/1 21/25 25/6 25/19
**court [25]**  1/1 1/24 2/3 2/6 2/23 3/9 5/18
 6/3 6/11 7/5 7/22 10/19 13/2 13/6 16/14
 16/15 17/2 18/11 19/23 20/14 21/8
 22/22 23/22 29/1 29/8
**courtroom [4]**  17/3 17/6 20/11 21/21
**credit [6]**  4/19 5/6 5/21 24/7 24/13 26/7
**crime [1]**  23/6
**crimes [1]**  22/23
**criminal [5]**  1/3 2/3 3/1 3/12 22/18
**Curlett [1]**  1/20
**current [1]**  17/11
**custody [4]**  3/1 3/13 5/10 26/7

## D

**dad [1]**  12/25
**dates [1]**  9/16
**day [13]**  4/12 9/15 12/2 12/2 21/15
 21/15 22/10 22/21 22/22 22/22 24/20
 26/17 28/7
**days [25]**  4/1 4/2 4/5 5/9 6/11 6/15 8/4
 10/20 12/1 12/3 13/20 14/2 14/10 14/12
 16/18 16/18 16/19 18/2 25/11 26/7
 26/11 27/2 27/14 28/11 28/12
**deadline [2]**  27/16 27/18
**deal [2]**  23/3 23/4
**decision [1]**  23/14
**decisions [2]**  15/20 20/12
**declined [1]**  11/17
**dedicated [1]**  26/23
**defendant [10]**  1/6 1/9 1/17 1/20 3/24
 4/4 7/10 9/8 18/24 24/12
**defendant's [1]**  23/8
**defendants [25]**  3/20 3/25 5/20 6/1 8/13
 8/15 9/3 9/10 9/22 10/21 16/21 20/25
 21/21 22/7 22/11 22/17 23/3 23/18
 24/12 24/15 24/16 24/18 24/20 25/9
 28/7
**defense [2]**  8/14 10/14
**defrauded [2]**  21/12 24/25
**Degree [1]**  13/18
**Delaware [1]**  13/12

**delay [1]**  24/2
**Department [3]**  2/12 17/5 18/21
**Deputy [3]**  2/7 17/5 18/20
**Despite [1]**  13/20
**detention [5]**  4/2 4/9 4/13 4/20 5/2
**deter [1]**  25/12
**deterrence [5]**  9/2 9/5 17/17 17/18 17/19
**deterrent [1]**  17/23
**dialogue [1]**  24/4
**did [27]**  3/19 5/20 6/20 7/16 9/25 11/12
 13/5 13/6 16/5 18/17 19/11 19/19 20/23
 24/17 25/12 25/15 25/18 26/14 26/14
 26/15 26/18 26/18 26/21 27/6 27/16
 27/18 27/24
**didn't [4]**  8/25 14/3 16/9 28/5
**difference [1]**  15/23
**different [1]**  22/9
**difficult [5]**  13/15 14/11 16/18 16/18
 16/19
**disastrous [1]**  15/19
**dismiss [1]**  28/6
**dismissed [1]**  28/7
**disparities [1]**  20/25
**disposition [1]**  9/5
**distributing [1]**  25/1
**DISTRICT [5]**  1/1 1/1 1/12 12/14 16/14
**DIVISION [1]**  1/2
**do [27]**  3/19 5/20 6/20 7/16 9/25 11/12
 13/5 13/6 16/5 18/17 19/11 19/19 20/23
 24/17 25/12 25/15 25/18 26/14 26/14
 26/15 26/18 26/18 26/21 27/6 27/16
 27/18 27/24
**does [9]**  6/4 6/15 8/23 9/4 24/1 24/2
 25/12 25/17 26/5
**doggedly [1]**  8/25
**doing [4]**  12/5 16/22 17/14 26/10
**dollars [1]**  13/21 15/21
**don't [13]**  3/18 5/6 5/20 9/7 9/8 9/19
 10/7 10/7 12/19 14/19 25/24 26/1 26/5
**done [3]**  6/4 11/18 14/10
**doubling [1]**  17/21
**down [4]**  13/2 14/19 15/22 17/8
**due [3]**  15/25 16/1 27/19

## E

**each [4]**  3/24 4/3 18/3 26/9
**earlier [3]**  7/21 15/3 23/21
**easier [1]**  20/1
**Ed [1]**  17/3
**Ed Blansitt [1]**  17/3
**educated [1]**  13/10
**effect [2]**  7/22 22/12
**eight [4]**  3/1 15/12 23/5 25/6
**either [4]**  7/10 9/8 16/8 20/1
**else [2]**  25/17 28/14
**embarrassed [1]**  20/9
**embezzlement [1]**  20/9
**employer [2]**  16/25 17/2
**employers [1]**  23/10
**employment [2]**  17/12 17/21
**end [3]**  15/8 25/18 25/19
**ends [1]**  11/5
**enforcement [1]**  9/25 10/1
**enjoy [1]**  22/2
**enjoys [1]**  22/2
**enough [3]**  9/19 22/3 23/2
**entered [1]**  7/21
**entire [1]**  20/10
**entirely [1]**  25/23
**entitled [1]**  29/4
**entitlement [1]**  24/7
**Esquire [3]**  1/14 1/17 1/20
**essentially [5]**  4/1 4/21 9/25 11/18 21/4
**even [2]**  9/5 9/22
**event [2]**  23/20 23/23
**ever [2]**  12/2 20/19
**every [3]**  22/21 23/25 24/12
**everyone [1]**  25/17

## E

everything [1] 18:13
exception [1] 3/23
excuse [1] 19/9
exhibited [1] 9/11
expect [1] 25/16
experienced [1] 12/23
extensive [1] 10/9
extent [2] 23/18 28/4
extra [1] 26/11
extremely [1] 13/23

## F

face [2] 10/9 22/19
faced [1] 15/18
fact [6] 10/20 17/3 21/18 22/3 22/18
23/14
factors [3] 8/23 18/2 21/8
facts [5] 9/15 9/16 10/12 10/24 12/1
factual [2] 2/24 3/10
fair [1] 18/1
fairly [1] 27/25
fall [1] 12/22
false [4] 9/15 9/16 10/22 15/25
familiar [1] 27/1
families [4] 13/22 14/7 22/18 23/12
family [8] 13/7 13/8 14/8 19/11 20/8
20/10 20/17 22/8
far [2] 7/11 7/14
fashion [1] 21/1
federal [5] 9/25 16/2 16/3 16/4 20/8
Fellows [1] 13/14
fences [2] 15/5 15/5
ferreting [1] 24/21
few [1] 13/20
fiduciary [2] 22/3 25/14
figures [1] 15/23
filed [1] 28/6
financial [3] 6/2 8/8 14/19
find [1] 20/19
findings [2] 2/24 3/10
fine [12] 3/4 3/15 4/2 8/4 8/11 8/12 8/18
17/21 18/3 25/16 27/7 27/9
fines [1] 22/20
first [4] 2/8 18/13 21/9 24/15
five [3] 3/3 3/4 16/11
folks [2] 26/4 28/16
followed [1] 16/8
foregoing [1] 29/2
four [1] 15/20
frankly [1] 8/24
fraud [9] 21/13 21/20 21/25 21/25 22/1
23/9 24/21 24/22 25/1
friends [1] 13/9 22/8
front [1] 20/3
full [6] 7/13 11/20 12/8 18/4 20/18 21/15
fully [2] 8/3 9/10
Fund [1] 15/16
funds [1] 25/1
further [3] 5/6 28/8 28/9
future [1] 10/2

## G

gave [1] 22/9
general [4] 9/5 17/4 17/19 17/22
geographic [1] 16/6
get [14] 5/6 5/21 9/23 12/8 13/12 13/15
13/16 14/4 14/4 19/9 24/1 25/15 25/21
28/16
getting [6] 8/14 11/20 12/4 14/1 15/9
20/18
gigantic [2] 13/16 14/21
give [4] 4/19 5/5 24/12 27/17
given [1] 17/20

gives [2] 22/6 24/19
giving [1] 15/2
go [12] 6/21 8/20 11/10 11/13 13/18
14/5 16/4 16/15 19/25 20/2 24/24
going [13] 8/22 9/7 10/1 11/21 15/4 15/5
17/18 24/11 26/6 26/8 26/9 26/13 26/25
good [11] 2/10 2/14 2/16 11/14 13/7
13/7 13/8 15/19 21/1 22/8 28/17
got [4] 12/24 12/25 23/20 28/17
government [28] 1/14 2/8 3/24 6/4 6/6
6/18 8/6 8/23 9/5 9/17 9/23 9/24 11/17
13/18 15/21 17/25 20/8 21/11 21/18
21/23 21/24 22/1 24/4 24/22 24/24
24/25 25/13 28/3
government's [6] 3/21 5/25 7/3 9/9
10/16 11/4
grace [1] 12/22
graduated [1] 13/11
great [6] 12/25 13/8 13/21 17/14 17/16
19/11
greater [1] 11/5
Greenbelt [2] 1/9 1/15
grow [1] 12/22
guarantee [1] 20/10
guess [2] 16/6 27/12
guideline [3] 2/24 3/10 27/24
guidelines [2] 20/23 21/4

## H

Haar [1] 2/12
had [13] 5/18 11/22 13/21 14/5 14/14
14/17 14/18 14/20 16/8 23/19 23/22
24/25 27/24
HALE [1] 1/20
happened [5] 13/17 21/16 23/19 24/23
25/23
happens [3] 22/21 23/16 23/25
has [8] 6/22 6/24 7/10 16/22 19/5 19/12
24/17 25/3
have [39]
having [2] 25/17 25/20
he [4] 15/12 16/23 17/7 17/9
he's [4] 16/22 17/3 17/5 17/6
heads [1] 8/14
hear [2] 20/2 20/5
heard [2] 18/18 24/4
help [5] 15/15 15/16 17/8 17/8
helping [3] 15/8 15/8 15/13
hen [1] 22/4
her [10] 12/9 13/12 16/25 17/2 17/8 17/9
19/7 19/13 19/24 20/3
here [17] 6/20 7/9 8/14 12/1 12/19 13/13
15/18 16/14 17/3 17/6 19/24 21/16
23/19 24/19 24/23 25/22 25/23
here's [1] 26/4
higher [1] 3/16
highly [2] 22/7 25/24
him [3] 18/23 17/8 18/22
his [3] 15/11 17/8 18/9
history [4] 3/1 3/13 21/21 24/23
holidays [1] 15/5
home [20] 4/2 4/8 4/12 4/20 5/2 5/6 5/6
5/15 14/2 14/3 14/4 14/12 14/12 24/5
24/5 24/6 24/8 24/10 24/13 26/13
honor [50]
HONORABLE [1] 1/12
hope [1] 26/1
horse [1] 14/25
hours [6] 12/3 13/20 26/10 26/16 28/12
28/12
house [1] 22/5
how [5] 3/18 6/20 12/15 23/8 23/8
Howard [1] 16/20
husband [1] 20/9

## I

I'd [1] 28/7
I'll [2] 20/5
I'm [17] 2/11 3/3 4/15 6/10 8/13 10/14
17/19 17/19 18/8 20/8 23/3 24/10 24/11 26/6
26/8 26/9 26/13 26/25
I've [1] 20/9
idea [2] 20/25 24/2
identify [1] 2/7
if [13] 5/5 6/19 6/20 6/25 8/25 18/23
20/1 21/19 23/10 24/11 26/15 27/15
28/12
IG [1] 17/11
ignore [1] 21/17
immediate [1] 8/11
immediately [3] 8/9 24/1 27/11
impact [2] 10/15 14/6
impacted [1] 13/23
impose [1] 19/23
imposes [2] 6/3 6/11
imposing [1] 21/8
impoverished [1] 15/13
impression [1] 6/1
imprisonment [4] 4/1 6/12 7/1 8/4
in [123]
incidentally [1] 25/17
included [1] 10/23
including [2] 12/14 21/25
independent [1] 26/22
indicated [1] 21/5
information [1] 28/6
informs [1] 22/17
Inspector [1] 17/4
instead [2] 11/20 15/4
integrity [1] 21/24
intelligent [1] 26/23
interest [1] 9/9
interlude [1] 23/21
into [4] 13/18 14/10 21/8 26/5
invariably [2] 22/24 23/11
Investigation [1] 3/11
Investigator [1] 2/12
involved [6] 10/7 21/6 22/9 25/15 26/21
26/25
involving [1] 12/15
is [81]
Issues [1] 2/18
it [53]
it's [31]
itself [4] 22/1 23/16 23/23 24/3

## J

jail [4] 9/7 16/19 22/20 23/5
job [10] 10/8 16/22 17/14 17/21 22/24
22/25 23/1 23/11 25/17 25/21
jobs [2] 10/1 12/5
join [1] 17/8
joined [1] 2/11
joint [1] 16/17
JUDGE [25] 1/12 2/14 3/8 11/9 12/4
12/20 14/9 14/22 15/12 15/18 16/1
16/15 16/21 16/24 17/6 17/17 17/24
18/10 18/16 19/21 19/24 20/4 22/10
24/20 28/7
Judge Day [3] 22/10 24/20 28/7
judgment [2] 8/8 16/16
June [1] 1/9
just [26] 5/18 6/10 6/14 6/19 7/3 8/13
8/22 9/14 9/18 10/4 11/14 11/14 11/21
13/15 18/12 18/19 18/19 19/8 19/9
19/12 19/13 19/14 20/2 21/19 24/24
25/10
justice [1] 22/19
justified [1] 21/16

**K**

Kappa [2] 18/13 18/13
keep [1] 24/14
KENNETH [1] 1/14
kids [5] 14/23 15/8 15/12 15/16 17/14
kind [3] 6/18 20/20 25/2
kinds [1] 22/23
KIRK [3] 1/8 1/20 2/5
know [15] 3/18 5/18 9/13 11/24 11/25
12/17 14/17 15/2 15/11 16/12 18/10
19/8 19/9 19/11 22/21
knows [3] 17/9 17/9 22/21

**L**

Lane [1] 1/15
larger [1] 21/20
last [2] 4/9 14/8
law [2] 9/25 10/1
least [3] 3/3 7/17 9/10
leave [3] 16/8 16/8 16/8
left [2] 2/15 2/17
Lehigh [1] 13/11
let [4] 5/18 6/14 7/10 10/25
let's [11] 5/12 7/8 7/20 21/17 21/17
22/15 23/5 23/7 24/23 25/7 25/11
letter [1] 12/14
letters [2] 12/19 17/15
level [3] 2/25 3/12 16/23
LEVIN [5] 1/20 1/20 2/16 3/16 18/7
life [1] 15/1
lifetime [1] 28/17
like [12] 9/18 10/7 12/2 13/1 19/13
19/22 19/24 20/7 21/4 24/12 24/16
24/24
LINDA [3] 1/24 29/2 29/8
listed [1] 12/1
lives [3] 10/16 13/4 19/9
LLC [2] 1/17 1/20
lockdown [4] 14/2 14/5 14/11 14/13
lockups [1] 16/20
long [3] 6/3 8/8 17/25
long-negotiated [1] 17/25
longer [2] 21/20 23/15
look [3] 13/3 13/4 25/6
lose [3] 10/8 22/25 23/11
losing [1] 25/17
loss [8] 14/21 15/21 15/23 15/24 15/25
16/10 17/21 17/21
lost [5] 14/15 14/15 14/16 14/18 23/1
lot [4] 5/20 17/9 20/16 20/16
love [3] 15/8 19/6 19/13
lucky [1] 20/9

**M**

made [6] 7/10 7/14 15/19 20/1 21/15
28/3
make [13] 7/6 7/7 7/13 8/10 11/11 12/6
14/6 14/20 18/12 23/2 23/25 26/19 27/5
makes [1] 21/1
Management [1] 13/14
manager [1] 16/23
many [2] 22/9 24/10
mark [2] 25/22 25/22
MARSHALL [3] 1/24 29/2 29/8
MARYLAND [5] 1/1 1/9 1/15 1/21 15/1
Master's [2] 13/12 13/18
matter [3] 2/5 9/14 29/4
matters [1] 2/2
may [2] 27/4 28/10
maybe [1] 26/17
MD [1] 1/18
me [9] 6/14 7/10 15/3 19/10 20/10 22/6
24/19 25/8 26/11
mean [5] 6/5 6/17 10/24 13/5 25/5

means [1] 23/15
Mebane [3] 6/14 12/7 26/20
members [3] 26/25 27/3 27/11
memorandum [4] 12/7 12/13 13/6 14/25
mention [3] 13/25 17/1 17/1
mentioned [1] 14/24
mentioning [1] 14/1
merits [1] 23/5
MESSITTE [1] 1/12
microphone [2] 20/2 20/3
might [2] 22/19
mind [1] 24/14
minimal [1] 9/3
minor [1] 3/23
minute [2] 4/25 6/7
misdemeanor [2] 7/9 9/23
misheard [1] 28/10
misspoke [1] 28/13
misstep [1] 25/25
mistake [1] 12/10
mistaking [1] 7/23
mom [1] 12/25
momentarily [1] 18/19
Mona [1] 2/12
money [4] 8/15 11/16 21/6 22/12
monitoring [3] 21/25 22/4 25/1
Montgomery [2] 17/4 17/12
months [5] 3/2 3/13 21/5 23/5 25/6
more [8] 3/3 3/4 7/7 9/19 19/17 19/19
21/5 24/9
morning [3] 2/10 2/14 2/16
move [1] 28/5
moved [3] 8/15 16/21 17/13
Mr [7] 8/5 9/12 12/7 13/25 18/25 19/3
19/5
Mr. [27] 2/9 2/17 3/16 3/18 6/14 11/8
11/21 14/17 15/11 15/25 16/12 16/22
17/20 18/6 18/7 18/9 18/10 18/17 18/17
19/17 20/1 21/5 24/9 26/20 27/10 28/3
28/8
Mr. Ake [4] 3/18 11/21 17/20 28/3
Mr. Levin [2] 3/16 18/7
Mr. Mebane [2] 6/14 26/20
Mr. Ondrik [3] 18/10 18/16 18/17
Mr. White [6] 11/8 18/6 18/9 19/17 24/9
28/8
Mr. Yamatani [29] 2/9 2/17 14/17 15/11
16/12 16/22 20/13 21/5 27/10
Mr. Yamatani's [1] 15/25
Ms [3] 16/25 19/19 20/5
Ms. [12] 2/8 8/6 12/8 13/11 14/18 15/24
16/11 17/7 19/2 19/17 19/22 27/9
Ms. Ondrik [11] 2/8 8/6 12/8 13/11 14/18
16/11 17/7 19/2 19/17 19/22 27/9
Ms. Ondrik's [1] 15/24
much [4] 12/15 19/11 20/21 24/15
multiple [4] 9/16 10/20 21/14 25/10
my [21] 2/15 2/17 7/14 12/10 13/1 14/17
17/2 18/25 19/3 19/6 20/8 20/17 20/17
20/17 22/16 22/25 23/6 24/4 25/7 26/4
27/2
myself [1] 20/19

**N**

name [2] 18/23 18/25
narrow [1] 21/19
nature [3] 21/10 24/17 25/8
near [1] 20/20
necessary [2] 9/9 11/5
Neck [3] 4/10 4/11 16/20
need [10] 9/12 12/6 21/21 23/2 23/25
24/14 25/3 25/12 26/3 26/23
needed [1] 26/6
negotiated [1] 17/25
neighborhood [1] 13/9

neighbors [1] 13/8
never [3] 20/11 20/19 25/23
new [2] 23/21 23/21
nil [1] 17/18
nine [1] 15/12
no [11] 1/3 4/8 4/16 5/17 5/17 6/12 6/19
7/16 7/18 7/23 10/4 11/13 18/12 18/15
19/21 24/7 28/15
nodding [1] 8/14
nominated [3] 12/9 12/10 13/13
nomination [1] 13/15
None [3] 2/20 2/21 2/22
Northern [3] 4/10 4/11 16/20
not [45]
NOTES [1] 1/24
nothing [3] 18/14 22/25 28/9
now [16] 2/2 2/5 5/9 5/15 6/7 6/15 16/2
21/11 22/15 23/3 24/9 24/19 25/6 25/22
26/11 27/20
numbers [4] 2/3 16/10 16/13 16/13

**O**

obligation [1] 26/12
obtain [1] 10/1
obviously [1] 22/7
occasions [2] 21/14 25/10
offense [11] 2/25 3/12 8/24 9/1 10/25
11/25 16/25 21/10 21/11 23/24 24/3
offenses [2] 17/19 22/13
offered [1] 11/15
office [2] 1/14 7/19
OFFICIAL [2] 1/24 29/8
officials [1] 21/24
often [1] 24/5
OIG [1] 2/13
Okay [2] 3/9 5/14
on [35]
once [1] 23/20
ONDRIK [31]
Ondrik's [1] 15/24
one [17] 3/1 3/3 3/13 7/6 9/12 10/25
12/6 12/25 12/25 16/24 17/1 21/13 22/2
22/16 27/15 27/18 28/11
one-week [2] 27/15 27/18
onerous [2] 26/5 26/16
only [2] 7/8 10/11
opportunity [1] 20/13
or [23] 4/5 4/7 4/15 6/8 6/19 7/7 7/18
8/12 9/10 12/2 12/22 14/2 14/10 14/18
15/24 16/8 19/24 21/2 21/15 22/20
25/10 27/13 27/14
order [3] 7/21 11/11 26/9
ordinarily [1] 27/1
original [1] 28/6
other [15] 6/5 15/8 15/16 19/20 22/20
23/4 23/8 24/12 24/16 25/13 25/25
25/25 26/24 27/4 28/2
others [2] 15/2 17/23
otherwise [1] 28/17
our [4] 2/11 12/17 14/25 19/9
out [18] 8/15 11/16 14/4 14/5 15/4 15/6
15/13 15/15 17/7 17/8 17/11 17/20
22/23 23/6 24/21 26/3 26/18 27/11
outside [1] 16/6
over [9] 8/12 9/16 10/20 14/8 16/2 21/20
23/10 26/14 26/17
overall [1] 11/3
own [1] 27/1
owning [1] 23/19

**P**

P-R-O-C-E-E-D-I-N-G-S [1] 2/1
paid [2] 11/20 18/4
pain [2] 20/16
paragraph [1] 16/24

## P

parents [2] 14/23 22/8
part [4] 4/15 5/2 21/14 24/14
particular [1] 10/25
particularly [1] 23/10
parties [2] 4/3 16/17
passes [1] 23/24
pause [1] 24/19
pay [5] 11/18 14/21 22/12 25/19 26/12
payable [2] 27/11 27/19
paying [1] 25/16
payment [7] 7/11 7/14 7/19 8/11 8/11 8/12 14/20
payments [1] 11/12
penalties [1] 22/20
pending [1] 2/2
pension [2] 14/19 17/22
pensions [1] 14/20
people [14] 10/6 10/21 12/24 13/7 13/10 14/5 16/21 22/22 23/4 23/9 23/9 25/13 25/21 26/2
percent [2] 15/24 15/24
perform [1] 26/9
Performance [1] 12/12
perhaps [3] 9/18 22/17 26/15
period [9] 4/12 5/19 6/12 8/7 9/17 10/21 21/20 23/11 25/10
periods [1] 6/4
permitted [1] 22/11
person [1] 17/10
perspective [1] 10/17
PETER [1] 1/12
Phi [2] 13/11 13/18
picture [1] 14/1
PJM [4] 1/5 1/8 2/3 2/4
placed [1] 25/13
play [1] 23/20
plea [6] 7/22 9/13 9/14 17/25 21/13 24/2
plead [1] 10/25
pleas [2] 4/12 7/18
plus [2] 18/3 18/3
podium [3] 18/22 19/25 20/1
point [3] 11/15 28/5 28/11
pointed [1] 17/20
position [5] 6/2 8/17 11/4 16/7 22/2
practical [2] 10/4 24/11
pre [10] 4/7 4/14 4/16 4/17 4/20 5/2 5/3 5/19 5/21 24/6
pre-release [7] 4/7 4/14 4/20 5/2 5/3 5/21 24/6
pre-trial [3] 4/16 4/17 5/19
prepared [2] 7/12 27/16
preparing [1] 15/5
Presentence [3] 2/18 2/25 3/11
Presidential [1] 13/13
previously [1] 11/16
price [1] 25/19
probation [5] 3/2 3/14 6/8 6/19 27/4
probationary [1] 6/16
problem [2] 22/6 26/2
proceed [1] 3/19
proceedings [2] 1/11 29/3
process [1] 13/16
productive [1] 9/8
professions [1] 12/12
program [3] 13/14 26/21 26/22
programs [1] 26/24
promise [1] 20/19
promoted [1] 16/23
proportion [2] 23/6
proposition [1] 8/10
prosecution [2] 21/19 23/20
prove [1] 28/17
PSR [1] 16/24

public [1] 25/3
punishment [3] 23/13 23/16 23/23
punitive [1] 4/9
pursue [1] 9/19
pursued [2] 8/25 9/20
pursues [1] 9/18
put [10] 6/20 8/16 12/15 19/8 19/14 20/2 20/2 26/8 26/13 27/15
puts [1] 16/7

## Q

qualified [1] 22/8
qualitative [1] 15/23
Quarter [2] 12/8 12/11
question [1] 7/15
quite [1] 20/24

## R

RACHEL [6] 1/5 1/17 2/4 2/15 14/22 20/4
Rachel Ondrik [2] 14/22 20/4
raid [2] 14/14 14/20
raised [1] 13/22
raising [1] 17/14
range [7] 3/1 3/2 3/3 3/4 3/13 3/15 27/24
Rarely [1] 24/1
rather [1] 21/3
real [2] 22/10 24/19
reality [1] 21/16
really [11] 13/3 13/25 15/19 20/17 20/20 21/7 21/17 23/13 24/13 25/22 26/22
really is [1] 24/13
reason [1] 25/7
reasonable [3] 16/16 18/1 18/5
reasons [1] 17/24
receive [1] 6/25
recess [2] 28/19 28/20
recollect [1] 23/19
recommend [1] 6/4
recommendation [6] 3/22 7/3 8/1 16/17 21/2 21/3
recommended [2] 10/18 11/4
recommending [8] 3/25 4/3 5/15 6/6 6/8 6/8 6/10 6/19
recommends [1] 9/6
record [3] 10/10 18/20 29/3
regard [2] 17/17 22/6
regarded [1] 22/8
regret [1] 20/18
REICO [1] 16/22
relate [1] 23/8
relation [2] 18/23 19/2
release [20] 3/22 4/7 4/14 4/17 4/17 4/20 5/2 5/3 5/21 6/5 6/9 6/13 6/19 6/22 6/24 7/6 8/7 24/6 26/8 26/16
released [1] 4/10
relevant [1] 11/1
remarks [1] 26/15
remove [1] 9/24
repercussion [1] 10/5
Report [3] 2/19 2/25 3/11
REPORTER [3] 1/24 29/1 29/8
Representative [1] 17/5
require [1] 6/15
rescue [3] 14/25 15/9 15/10
reservation [1] 27/20
resistant [1] 23/18
resolution [1] 10/17
respect [4] 11/10 11/25 15/1 15/2
respectfully [3] 12/20 14/9 16/15
respective [2] 4/4 8/5
respectively [1] 4/7
responsibility [2] 22/3 25/14
responsible [2] 21/24 24/21
restitution [16] 3/6 3/16 3/24 4/3 7/11

7/13 8/5 8/12 8/19 11/1 11/11 11/14 18/4 22/20 25/16 27/7 27/9
resulted [1] 15/20
retirement [3] 8/16 11/22 14/14
Reviews [1] 12/13
right [26] 2/7 2/18 3/18 5/12 5/24 7/3 7/20 8/1 11/2 11/7 11/23 14/23 17/6 18/6 19/4 19/16 19/17 20/5 20/22 25/3 26/4 27/17 27/21 28/2 28/16 28/17
rigorous [1] 13/16
road [1] 14/20
RPR [1] 29/8

## S

sad [1] 25/22
said [7] 10/2 12/9 18/17 19/13 24/9 24/20 28/11
same [3] 3/20 3/22 21/1
satisfies [1] 18/1
satisfy [3] 6/2 8/8 9/9
Saturday [1] 26/17
savings [1] 8/16
saw [1] 12/16
say [10] 5/5 9/17 9/18 11/12 13/2 18/10 19/22 20/7 22/4 25/3
saying [2] 10/19 11/25
says [2] 23/1 26/11
school [1] 13/13
seated [1] 2/17
see [4] 7/9 13/1 14/5 16/14
seeking [1] 8/7
seems [2] 25/8 26/11
segment [1] 21/13
select [1] 26/22
sense [3] 16/1 21/2 21/3
sentence [24] 4/15 5/5 5/21 6/3 6/6 6/11 6/16 7/21 8/3 11/4 18/2 18/5 19/23 21/9 23/15 23/21 23/24 24/3 24/3 24/6 24/7 24/14 26/4 26/6
sentenced [3] 3/25 21/1 24/1
sentencing [8] 1/11 2/6 11/6 12/7 12/13 13/5 20/23 21/3
separated [1] 11/16
serious [9] 8/24 9/1 9/14 9/19 11/25 16/12 21/23 21/23 22/3
seriously [1] 9/18
served [17] 3/25 4/5 4/8 4/9 4/23 5/5 5/7 5/19 6/6 6/12 6/15 7/2 8/4 16/17 18/3 24/8 26/7
serves [1] 15/12
service [6] 9/24 13/19 16/2 16/3 26/10 26/11
several [1] 15/21
she [6] 12/8 12/9 12/10 13/17 17/11 17/11
She's [1] 19/3
Sheriff [2] 14/7 18/20
Sheriff's [1] 18/21
shocked [1] 22/18
should [3] 7/23 14/9 21/1
shouldn't [1] 16/7
show [3] 9/16 13/6 17/16
shows [1] 12/21
sic [1] 15/14
sides [1] 12/18
signal [1] 9/4
significant [2] 10/2 27/5
Silverman [1] 1/17
similarly [1] 25/13
simply [5] 21/15 21/18 22/10 23/1 25/15
since [1] 7/17
single [1] 8/11
sir [6] 3/8 8/20 9/21 19/16 20/22 28/15
sit [1] 13/2
situation [8] 14/11 19/5 19/7 19/12

**S**

**situation** [4] 20/8 20/20 20/24 26/3
**six** [11] 5/9 6/15 8/4 14/10 14/10 16/18 16/19 18/2 21/4 26/7 26/16
**Sixty** [1] 28/12
**Slutkin** [1] 1/17
**small** [1] 12/3
**so** [37]
**some** [7] 14/5 15/19 22/10 25/8 25/24 25/25 26/12
**somebody** [1] 24/24
**somehow** [2] 10/10 22/19
**someone** [3] 22/4 22/24 26/23
**something** [4] 10/8 21/4 26/14 27/13
**Sometimes** [1] 24/2
**sooner** [2] 26/15 26/16
**sorry** [8] 3/3 19/18 20/7 20/8 20/8 20/12 20/16 20/20
**sort** [4] 13/1 14/1 14/4 26/3
**sought** [2] 17/7 17/11
**SOUTHERN** [2] 1/2 12/14
**speak** [3] 10/11 25/5 25/5
**speaks** [1] 17/10
**special** [2] 24/12 27/18
**specific** [2] 17/18 21/19
**spend** [1] 15/4
**spending** [1] 27/1
**spoke** [1] 18/9
**St** [1] 15/14
**stability** [2] 14/19 17/22
**stable** [2] 15/1 15/6
**stage** [2] 26/2 26/2
**stand** [2] 19/24 20/10
**standard** [1] 14/3
**standing** [1] 2/15
**standpoint** [1] 23/1
**start** [3] 11/8 22/5 23/5
**State** [1] 18/23
**stated** [1] 16/25
**statement** [2] 9/15 10/24
**statements** [1] 15/25
**STATES** [10] 1/1 1/3 1/7 1/12 1/14 2/3 2/4 2/11 16/16 21/9
**status** [1] 14/11
**statutory** [1] 21/8
**stay** [1] 10/9
**STENOTYPE** [1] 1/24
**Stephen** [1] 1/17
**STEVEN** [1] 1/20
**Street** [2] 1/18 1/21
**stressful** [2] 19/5 19/12
**stringent** [1] 24/9
**stupid** [1] 15/19
**submission** [1] 17/2
**submit** [1] 12/20
**submitted** [2] 10/21 12/12
**substantial** [2] 17/15 27/25
**suffer** [2] 23/11 23/12
**suffered** [1] 23/2
**suffering** [1] 20/17
**sufficient** [1] 11/5
**suggest** [1] 14/9
**Suite** [3] 1/15 1/18 1/21
**summer** [2] 4/9 14/8
**summing** [1] 8/2
**supervised** [12] 3/2 3/14 6/5 6/9 6/13 6/19 6/22 6/24 7/6 8/7 26/8 26/15
**supervision** [1] 6/21
**supervisors** [1] 12/9
**support** [5] 9/4 15/16 19/6 19/7 19/13
**supposed** [1] 25/1
**sure** [4] 10/14 17/19 18/13 24/10
**suspect** [2] 22/9 24/20
**system** [4] 13/2 22/19 23/9 23/20

**T**

**take** [11] 5/19 9/19 13/3 13/3 14/9 16/8 16/8 20/18 23/14 26/5 26/25
**taken** [1] 11/16
**takes** [2] 9/17 21/8
**talented** [1] 12/24
**talk** [2] 3/19 22/15
**talked** [1] 9/13
**talking** [6] 4/7 12/15 21/7 25/9 27/8 27/13
**taught** [1] 15/1
**taxes** [1] 11/19
**teaching** [2] 14/23 14/24
**technically** [1] 16/6
**ten** [1] 26/17
**term** [2] 6/21 6/25
**terminate** [1] 26/15
**terms** [3] 8/22 10/18 20/24
**terribly** [1] 26/15
**testify** [1] 14/7
**than** [6] 3/3 3/4 6/5 9/20 11/5 24/9
**Thank** [9] 11/9 18/6 18/8 19/15 19/16 20/15 20/21 20/22 28/19
**that** [149]
**that the** [1] 24/20
**that's** [21] 4/23 8/18 10/10 11/13 13/17 14/18 14/21 17/1 21/6 21/12 21/16 21/22 22/6 22/9 23/13 25/2 25/18 25/22 26/1 26/16 27/5
**their** [29] 4/11 7/17 7/18 9/4 9/4 9/4 10/8 10/16 11/22 12/5 13/4 13/8 13/8 14/6 14/8 14/11 14/14 14/15 14/20 14/23 15/14 17/14 22/17 22/24 22/25 23/10 23/11 23/12 24/13
**them** [15] 4/19 5/6 9/24 9/24 10/25 11/18 12/12 13/22 14/14 14/24 16/7 17/13 17/13 20/9 24/12
**themselves** [2] 21/25 24/22
**then** [8] 2/8 2/8 4/2 5/16 6/15 13/15 25/16 27/7
**there** [24] 4/12 5/9 7/16 7/18 7/22 7/23 10/8 10/20 11/11 13/1 13/13 20/2 21/14 21/20 23/20 23/21 23/21 24/16 25/8 26/18 26/22 27/4 27/20 27/20 27/23 28/2
**there'll** [1] 25/25
**there's** [8] 12/6 14/8 15/23 22/25 24/2 24/7 27/18 27/25
**these** [5] 9/3 9/10 10/15 11/20 12/3 12/4 12/20 13/20 20/11 22/23 26/3
**they** [65]
**they're** [17] 6/2 7/12 8/16 10/1 13/6 13/7 13/7 13/8 13/9 14/23 14/24 15/4 15/5 16/7 16/12 17/18 26/21
**they've** [8] 12/15 13/22 14/15 14/15 14/15 14/20 15/3 17/4
**thing** [4] 16/24 17/1 24/19 25/2
**things** [2] 22/16 26/3
**think** [27] 3/16 8/25 9/21 10/4 15/22 15/22 15/24 17/10 17/15 17/22 18/1 18/1 20/25 21/7 21/17 22/17 25/12 25/24 26/1 26/5 26/6 27/16 27/20 27/21 27/23 27/25 28/4
**this** [74]
**Thompson** [1] 1/17
**those** [5] 12/17 12/19 17/24 28/6 28/7
**though** [2] 4/23 9/22
**thought** [2] 6/18 28/11
**thousand** [2] 13/21 15/21
**three** [2] 25/10
**through** [9] 8/23 11/15 13/16 19/6 19/7 19/8 23/7
**time** [30]

**today** [6] 6/3 8/17 15/3 18/4 27/13 27/16
**together** [2] 19/9 19/12
**told** [1] 6/6
**too** [4] 20/15 22/10 23/25 24/14
**took** [1] 9/14
**total** [3] 2/25 3/12 13/20
**toward** [2] 5/21 7/11
**towards** [1] 27/2
**traditional** [1] 16/1
**transaction** [2] 22/14 22/16
**transcript** [2] 1/11 29/3
**TRANSCRIPTION** [1] 1/24
**treat** [2] 24/11 24/15
**treated** [1] 23/4
**trees** [1] 12/19
**tremendous** [3] 12/4 12/21 17/22
**tremendously** [9] 12/21 12/24 13/7 13/9 13/21 13/22 14/6 14/15 15/18
**trial** [3] 4/16 4/17 5/19
**tried** [1] 13/5
**trust** [1] 25/21
**trying** [2] 4/6 23/3
**two** [14] 10/21 12/24 12/24 13/23 14/22 15/12 15/18 15/20 16/2 16/2 16/10 20/25 21/14 25/10 25/10
**two-year** [2] 10/21 25/10
**type** [1] 17/10
**typical** [1] 10/25
**typically** [2] 10/6 16/14

**U**

**U.S** [1] 16/14
**unable** [1] 10/20
**unaware** [1] 16/25
**under** [6] 5/25 18/2 20/11 21/9 27/3 27/21
**understand** [6] 5/9 11/13 11/24 18/12 20/23 21/22
**understands** [1] 27/4
**understood** [1] 25/11
**undue** [1] 23/22
**unfortunate** [1] 23/13
**unique** [2] 10/8 10/10
**unit** [1] 17/9
**UNITED** [10] 1/1 1/3 1/7 1/12 1/14 2/3 2/4 2/11 16/16 21/9
**University** [1] 13/12
**unlikely** [1] 25/24
**up** [8] 5/9 8/2 13/20 15/8 18/16 18/22 21/6 23/19
**us** [6] 11/15 12/18 18/9 19/6 19/8 19/14
**used** [1] 17/4
**usually** [2] 10/7 10/8

**V**

**vacated** [2] 7/18 7/21
**value** [1] 9/4
**vehicle** [2] 7/16 13/2
**versus** [2] 2/4 2/5
**very** [9] 16/22 17/5 19/5 20/12 20/21 22/22 24/23 25/7 26/16
**view** [4] 22/16 23/6 25/7 27/2
**vindicating** [1] 9/9
**Virginia** [1] 15/15
**virtually** [1] 24/1
**volumes** [1] 17/10
**volunteer** [3] 14/25 15/7 15/14
**volunteering** [1] 14/24

**W**

**wait** [3] 4/25 4/25 6/7
**waiting** [1] 23/15
**Waiver** [1] 28/1
**walk** [2] 22/13 23/7
**walking** [1] 22/15

## W

**want [19]** 2/18 2/18 2/19 6/16 8/20
11/12 17/1 19/8 19/13 19/14 24/15
26/18 26/18 26/19 26/19 26/20 26/21
27/15
**wanted [4]** 5/18 11/18 18/10 18/12
**wants [1]** 18/18
**was [42]**
**wasn't [3]** 11/11 21/20 27/20
**way [9]** 7/18 9/15 13/1 14/2 14/23 20/1
23/4 23/6 27/5
**ways [2]** 22/9 27/4
**we [22]** 3/15 7/23 8/24 8/25 8/25 10/25
12/1 12/12 12/17 13/1 14/24 18/13 19/9
19/11 19/11 21/20 21/22 23/7 24/22
25/7 26/15 28/6
**we'll [1]** 27/17
**we're [3]** 7/3 25/9 28/19
**we've [1]** 10/18
**week [3]** 27/14 27/15 27/18
**weekend [2]** 15/3 15/4
**weekends [2]** 26/14 26/17
**well [20]** 4/5 4/19 5/12 6/7 6/17 7/20
9/12 10/6 10/11 10/19 13/3 16/20 16/22
17/6 17/23 20/14 22/8 22/22 25/4 27/17
**went [7]** 13/12 13/17 13/18 14/2 16/6
17/7 21/13
**were [22]** 4/1 4/6 4/10 4/10 4/12 5/9
10/20 11/21 11/24 16/1 16/1 16/3 16/4
21/14 21/15 21/15 22/11 23/18 24/21
25/1 25/14 25/15
**what [21]** 4/14 8/12 10/18 11/24 13/6
13/17 14/7 21/12 21/16 22/6 22/9 22/12
22/12 23/6 23/19 24/23 25/9 25/22 26/6
26/10 27/14
**whatever [1]** 25/18
**when [9]** 5/5 9/17 10/21 11/16 12/4 22/3
23/7 25/5 25/5
**where [15]** 7/16 7/23 14/4 15/16 16/7
21/3 21/11 21/15 21/22 22/11 22/24
25/3 25/7 25/21 26/22
**whereas [1]** 9/15
**whether [3]** 21/14 22/1 22/2
**which [5]** 7/22 16/6 18/4 23/21 27/4
**while [3]** 4/20 5/19 13/13
**WHITE [9]** 1/17 1/17 2/14 11/8 18/6 18/9
19/17 24/9 28/8
**who [18]** 2/15 2/17 10/6 12/25 13/3
13/23 15/8 17/3 21/24 22/4 22/7 22/23
23/9 24/24 24/25 24/25 25/13 26/23
**who've [1]** 15/19
**whole [3]** 17/9 19/6 19/12
**wholly [1]** 26/10
**why [5]** 9/18 10/23 24/10 25/8 26/9
**wife [4]** 15/11 19/3 19/6 20/17
**will [10]** 6/1 10/15 14/7 18/4 19/7 20/10
20/19 21/19 27/6 27/7
**window [1]** 21/19
**wish [1]** 13/1
**wishes [1]** 28/18
**withdraw [2]** 9/24 28/5
**withdrew [2]** 4/11 7/18
**within [1]** 26/14
**without [2]** 2/25 3/11
**witnesses [1]** 19/20
**wonderful [3]** 13/22 14/22 15/12
**words [1]** 18/11
**work [3]** 15/7 16/5 19/8
**worked [1]** 27/11
**world [2]** 13/1 16/13
**worth [1]** 21/7
**would [20]** 4/21 6/20 7/2 7/18 7/19 8/3
8/10 8/24 10/9 12/19 16/15 17/11 18/23
19/22 19/24 20/7 23/4 24/10 28/1 28/5
**write [3]** 8/17 21/21 24/23

## Y

**YAMATANI [14]** 1/8 1/20 2/5 2/9 2/17 3/9
8/5 14/17 15/11 16/12 16/22 20/13 21/5
27/10
**Yamatani's [1]** 15/25
**yeah [1]** 27/23
**year [8]** 3/4 7/6 9/17 10/21 25/10 26/8
26/15 26/17
**years [9]** 3/3 3/4 3/14 14/10 14/17 15/20
16/2 16/3 21/14
**Yes [14]** 3/7 3/8 3/17 3/21 5/1 5/4 5/8
5/11 5/23 7/5 7/25 8/3 8/20 18/19
**York [1]** 12/14
**you [87]**
**you'd [1]** 9/18
**you're [10]** 5/15 5/22 10/10 15/18 24/24
26/2 26/10 26/24 27/1 27/13
**you've [8]** 9/20 12/24 12/25 23/1 23/2
24/4 24/8 28/17
**young [2]** 13/23 26/2
**your [58]**
**Your Honor [24]** 2/10 2/16 2/22 4/21
5/25 6/10 7/5 7/8 7/17 9/21 10/11 10/17
10/23 11/1 11/10 18/8 19/1 19/25 20/15
27/15 28/4 28/9 28/10 28/11
**yourself [1]** 25/2
**yourselves [1]** 2/7
**youth [1]** 15/13
**Yves [1]** 15/14

## Z

**zero [1]** 21/4